# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Compass Marketing, Inc., | Civil No. 12-524 (RHK/JJG) |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| Papermates, Inc., | |
| Defendant. | |

Based on the Stipulation to Entry of Consent Judgment the parties filed with this Court as Docket No. 9 in this action, the Court hereby **ORDERS** that:

1. Compass Marketing, Inc. ("Compass Marketing") is entitled to a judgment in its favor, and against Papermates, Inc. ("Papermates"), in the amount of $180,000.00. This judgment is a final judgment as to all claims and issues in the case.

2. The parties shall bear their own costs and attorneys' fees in connection with this action.

3. The judgment shall be an allowed claim in Papermates' Assignment for the Benefit of Creditors in California. As long as the Assignment for the Benefit of Creditors is pending, and provided that Papermates has transferred all of its assets to Insolvency Services Group, Inc. by way of that assignment, Compass Marketing may enforce the judgment in this matter only by filing a proof of claim in the Assignment for the Benefit of Creditors; provided that Compass Marketing retains its rights to participate in the bankruptcy and assert its claim in the event Papermates files for bankruptcy or other similar relief.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 5, 2012

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge